UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


GUNDER'S AUTO CENTER,

    Plaintiff,

v.                                CASE NO: 8:09-cv-456-T-23MAP

STATE FARM INSURANCE,

    Defendant.
_____/

**O R D E R**

A May 22, 2009, order (Doc. 12) dismisses Count II of the amended complaint (Doc. 5).  The plaintiff moves (Doc. 14) for reconsideration of the May 22, 2009, order, and the defendant responds (Doc. 16) in opposition.  Citing KMS Restaurant Corp. v. Wendy's Int'l, Inc., 361 F.3d 1321 (11th Cir. 2004), the plaintiff argues that dismissal was improper because the defendant used "improper means" to interfere with the plaintiff's business relation.  However, the plaintiff failed to raise this argument in response to the motion (Doc. 7) to dismiss, and the argument relies on paragraphs stricken from the complaint by the May 22, 2009, order.[1]

This court's orders are "not intended as mere first drafts, subject to revision and reconsideration at a litigant's pleasure."  Quaker Alloy Casting Co. v. Gilfco. Indus., Inc.,

---

[1] The plaintiff failed to object to the defendant's motion (Doc. 8) to strike paragraphs seven and ten from the amended complaint.

123 F.R.D. 282, 288 (N.D. Ill. 1988).  Failing to demonstrate any error in the May 22, 2009, order, the plaintiff's motion (Doc. 14) is **DENIED**.

ORDERED in Tampa, Florida, on June 29, 2009.

*[signature]*
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE