# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 04, 2011

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 10-11739-DD
Case Style: Gunder's Auto Center v. State Farm Mutual Automobile I
District Court Docket No: 8:09-cv-00456-SDM-MAP

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

MDT-4 Notice of Certiorari Denial to DC